# BRANISA & ZOMCIK, P.C.

ATTORNEYS AT LAW

1800 AUGUSTA DRIVE, SUITE 212

HOUSTON, TEXAS 77057-3131

MICHAEL J. ZOMCIK
mzomcik@bzlawyers.com

(713) 622-1199 EXT.302
FAX (713) 622-1299

April 10, 2015

Clerk of Court
P. O. Drawer 2300
Galveston, TX 77553

Re: *Fairmont Cash Mgmt., LLC d/b/a Cash Cow Pawn v. Tanarra James, Director of Industry Operations Bureau of Alcohol Tobacco Firearms and Explosives*; 3:15-CV-00077; In the United States District Court for the Southern District of Texas-Galveston Division

Dear Sir/Madam:

Please file the enclosed:

1. Petition for Judicial Review;

2. Civil Cover Sheet;

3. Summons in a Civil Action.

Your attention to this matter is very much appreciated. Should you have any questions, please do not hesitate to contact the writer.

Very truly yours,

BRANISA & ZOMCIK, P.C.

Michael J. Zomcik

MJZ:grb